E-FILED
Monday, 13 August, 2007 10:08:03 AM
Clerk, U.S. District Court, ILCD

United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

LEWIS E. BRAUN, JR.

**FILED**

CRIMINAL COMPLAINT

AUG 1 0 2007

CASE NUMBER: 07- 6058

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 17, 2007__ in __Fulton__ county, in the __Central__ District of __Illinois__ defendant, (Track Statutory Language of Offense)

LEWIS E. BRAUN, JR., did knowingly possess any computer disk and any other material that contains an image of child pornography that has been mailed, and shipped, and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped, and transported in interstate and foreign commerce by any means, including by computer.

in violation of Title __18__ United States Code, Section(s) __2252A(a)(5)(B)__.

I further state that I am a(n) __Special Federal Officer with the U.S. Secret Service__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

s/ Agent

_____
Signature of Complainant
JONATHAN QUAST

Special Federal Officer, U.S. Secret Service

Sworn to before me and subscribed in my presence,

__August 10, 2007__ at __Peoria, Illinois__
Date                                              City and State

s/ Michael M. Mihm

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan L. Quast, having been first duly sworn, do hereby depose and state:

1. I am a Deputy Sheriff with the Peoria County Sheriff's Department. I am also a Special Federal Officer with the United States Secret Service and in that capacity am assigned to the Central Illinois Cybercrime Unit. The information contained herein is based on my own personal knowledge from my involvement in the investigation as well as information provided to me by other law enforcement officers. Because this affidavit is made to establish probable cause in support of a criminal complaint, all of the information I know about this case is not set forth herein.

2. On May 17, 2007, the Canton Police Department seized the defendant's home computer and one CD-ROM disk with the defendant's consent. These items were seized from the defendant's residence at 412 N. Avenue, C, Canton, Fulton County, Illinois.

3. The Canton Police Department then obtained a state issued search warrant to search the computer and the CD-ROM based images they had viewed on the CD-ROM in the defendant's presence and with his consent.

4. The Canton Police Department subsequently brought the computer and CD-ROM to the Central Illinois Cybercrime Unit. I conducted a forensic

analysis of the CD-ROM and the hard drive of the seized computer. Through my forensic analysis I determined that child pornography, as defined in Title 18, United States Code, Section 2256(8), was contained on the CD-ROM.

5.  Approximately one week after May 17, 2007, the Canton Police Department received information that the defendant and a family member disposed of digital media in a garbage dumpster at a Casey's General Store in St. David, Fulton County, Illinois.

6.  Law enforcement recovered the digital media from the dumpster on May 24, 2007. The digital media recovered from the dumpster included 3.5" floppy diskettes, CD-ROMs, and CD-ROMs read writeable, and DVDs.

7.  The Canton Police Department subsequently provided these items to the Central Illinois Cybercrime Unit for forensic analysis. I conducted a forensic analysis of the digital media obtained from the dumpster and determined child pornography, as defined in Title 18, United States Code, Section 2256(8) was contained on one or more of the items of digital media recovered from the dumpster.

8.  During a subsequent non-custodial interview with Special Agent Desmond O'Neill of the Secret Service, the defendant admitted that the pornography found on the CD-ROM seized from his home and the child pornography found on the digital media recovered from the dumpster was his

child pornography. During the interview, the defendant admitted to downloading the child pornography from various websites on the Internet.

9.  Based on my education, training, and experience, the child pornography possessed by the defendant had previously been shipped in interstate commerce and had been produced using materials that had previously traveled in interstate commerce.

FURTHER AFFIANT SAYETH NAUGHT.

s/ Agent

_____
JONATHAN L. QUAST
SFO, U.S. SECRET SERVICE

Subscribed and sworn to before me this
10th Day of August, 2007, Peoria, Illinois.

s/ Michael M. Mihm

_____
MICHAEL M. MIHM
U.S. DISTRICT JUDGE