IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

**FILED**
AUG 2 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07-10094 |
| | ) VIO: Title 18, United States Code, |
| LEWIS E. BRAUN, JR., | ) Sections 2252A(a)(5)(B). |
| Defendant. | ) |

THE GRAND JURY CHARGES:

**INFORMATION**
(Possession)

On or about May 17, 2007, in the Central District of Illinois, and elsewhere,

**LEWIS E. BRAUN, JR.,**

the defendant herein, knowingly possessed, and knowingly attempted to possess, computer hard drives, compact discs, floppy diskettes and other digital storage materials, containing images and videos of child pornography, in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/Thomas Keith

_____

Thomas A. Keith
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309/671-7050