E-FILED
Tuesday, 21 August, 2007  02:43:14 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

LEWIS E. BRAUN, JR.

WAIVER OF INDICTMENT

Case Number: 07-10094

**FILED**
AUG 2 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, Lewis E. Braun, Jr., the above named defendant, who is accused of possession of child pornography, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on August 21, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

s/Defendant

**LEWIS E. BRAUN, JR.**
Defendant

s/Robert A. Alvarado

**ROBERT A. ALVARADO**
Attorney for Defendant

s/ Michael M. Mihm

Before
**MICHAEL M. MIHM**
United States District Court Judge