E-FILED
Tuesday, 30 October, 2007 09:15:44 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 3 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge mihm

I am writing you on behalf of Lewis E. Braun Jr.

I have known Lewis since he was 4 yrs. old. Although all of my children are younger than him, they all grew up as best friends, and my older grandchildren know him as a friend also.

Lewis has always been a care giver, he has always wanted to fix everybody elses hurt, if you need somebody to talk to Lewis listens and really hears you, no matter who you are, Stranger, friend, or foe Lewis listens and tries to fix it. He would give you the shirt off of his back to anybody who asked for it. If you needed a ride somewhere he would take you and if it was far he would find a way to get money for gas so he could take you. He never asks or expects anything in return all he wants is to be able to help in any way he can.

Lewis would never harm anybody or anything. He gets angry if he sees somebody hurting someone else, but his anger is not fighting anger, he thinks he can fix it by talking and getting to the cause.

Example:- My grandson was in an auto accident in June 2006 he received severe brain trauma, Lewis came to mo. as soon as he could and he was really upset because there was nothing he could do to help him, but he did all he could to make us all feel better, even though he was hurting he wanted to take our hurt away.

We have never found a truer friend than

Lewis and his demeanor is the true meaning of friend.

Lewis is well loved by many and none of us want to see him hurt because we all know he could never hurt anybody.

He has been a care giver since I have known him, even at age 4, and I dont see him doing anything at all to hurt others.

Sincerely
Carolyn Treadway