UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 07-10094 |
| LEWIS E. BRAUN, JR., | ) |
| Defendant. | ) |

**DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

Now comes the Defendant LEWIS E. BRAUN, JR. by his attorney ROBERT A. ALVARADO with the attached letters of support from Mr. Braun's friends and family. Due to the hardship suffered by Mr. Braun's mother while her son and caretaker is imprisoned, we respectfully suggest that a sentence in the range of 72 months would be "sufficient but not greater than necessary" to comply with the provisions of 18 U.S.C. 3553(a).

Respectfully submitted,

LEWIS BRAUN, JR., Defendant

s/ Robert A. Alvarado

ROBERT A. ALVARADO
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Thomas Keith, One Technology Plaza, Suite 400, Peoria, IL 61602.

        s/ Robert A. Alvarado

        _____
ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org

11-16-07
E-FILED
Wednesday, 21 November, 2007 03:41:18 PM
Clerk, U.S. District Court, ILCD

To Judge Mihm

I am a kind, caring and loving person that would try help anyone that need it or asked for it. I love my family very much and I am very sorry for the shame and embrassment to my family, myself and friends. I sometimes did make the wrong choices by the way I help people. I feel and still am still a good person that wants to and will seek help (cousling). I am slow at understanding and learning things but I am not a lost cause. I wanted to ask if where ever I am placed at could it by as close to AZ where my family lives my mom is in poor health that way my mom can see me. If I was given a second chance I would not abuse it or take it for granted like some people that have. I would never ever do anything to break the law ever again. But I am not trying to make excuses or not accept responsibity for my crime. I also ask for mercy from the judge ~~and my~~ fedral lawyer.

Thank you for your time and patiance,

(Lewis) Lou Braun

E-FILED
Wednesday, 21 November, 2007 03:41:57 PM
Clerk, U.S. District Court, ILCD
RECEIVED OCT 19 2007
BY:

Attention: Robert Albarado
RE: Louis E Bradon

Louie is a very respectful + understanding person. I have known him for 37 years. Never got into any trouble in school or out. Never was arrested until now. Louie has a very kind nature about himself + others; would help any one who asked. Been taken care of his sick mother + his brothers two kids. Louie use to call + v-up on me, just to see how I was doing. If you wish to speak with me
phone # 863-934-4990
Address    1104 Bartow Rd  Apt F-67
           Lakeland, FL
                33801

Best regards:
Clarence E. Gilmore Jr
*Clarence E. [signature]*

Dear Judge Mihm

Hello Sir, I am writing to you on behalf of a dear friend of mine. My Name is Rosa Otten, I grew up with Mr. Lewis Brown Jr. (baby Lewy) as I have always referred to him as.

Lewis is a very kind, considerate, loyal, honest and good person. He would help anyone who needed his help. He lives with and cares for his aging mother, who has many ailments. He has been my friend since we were quite young. He always was there to help when I had a problem. Offering well intended advice. He also is the type of person who will take on some one else's burdens just to keep them from trouble. He did that many times as children. He always took

the blame for his brother or my brother if he knew that they would be punished severely.

He always stood up for the underdog even though he was one hisself.

He has always been quiet and halfway shy, so him being arrested is totally out of character for him.

I am not sure what he's done or how bad of an offense he committed. But I do know that it has come to me as a great shock. I pray that you take in to consideration that he has not ever done anything like this before. Please Tell him he is in my thoughts and prayers.

Thank you for listening

Rosa Otter

110/21/2007
1

## TO WHOM IT MAY CONCERN

I am writing in regards to Lewis Braun with my feelings and concerns. I want to start by saying Lewis Braun is my brother, so in saying this I have known him for many years. He has a kind heart and is the type of person that helps any one that asks for help. He is known for helping homeless, as well as family and friends in regards to clothes, money, rides to places for appointments.

I became married at the age of 30 and had two children, during this time Lewis Braun had helped with money, taking kids to school, parks, church, and doctor's appointments. Would even help babysitting and giving morole support while going through my first bad marriage and last.

I had moved in with Lewis Braun and Nancy Braun, after my wife from my first marriage had cheated. I felt it would be better to be near family.

To get back to Lewis Braun, I trust him even after what he has because accused of doing. I also don't feel he should be lock up in prison. He has never done any thing wrong legally until now. I mean he is a good person with a human heart that makes mistakes.

I feel if some one took the time to talk to him and get to know LEWIS BRAUN they would see him as a good person. Like for example he writes poetry and thinks of others around him before himself.

Respectfully yours,
Hobart Braun

17722 north 79th. Ave. apt. #1138
Glendale, AZ. 85308
623-878-6143

Dear Sir:
    My son, Lewis E. Braun. Voiced his concered,to me.. He seem to think I would make you angry, or upset by either. What I had to say, or how Isaid it.
So I/m rewritting this letter. In hopes I don't upset you. Also I hope you can read, my spelling thats why. I'm tyeping. Because I get weak, and the shakes.
So I just hope, I make sense, and get my point accross.
    Louie is 43 years old. It is his first time , to be in troubie. He said, that he was sorry, for what he had done..Louie was my sole care giver, for the past 7 years. Since my husband , of 38 years passed away. My health, went down hill, and had to have help. Almost 24 hours aday. He fixed my meals, done my clothes, ( including my messly bedding, day or night). I started out a month after, my husband passed away. I had a knee replaced , for the second time. I needed help geting around, for awhile. Then I went into a deep depression, and I didn't care if I lived ,or died.. Then I went in the hospital , and they took oud gallblander.. When they were thorough with me. I had a feeding tube, and a ostomy bag.. Between the feeding tube, and the ostomy bag. I was a mess, most of the time.. He never. compllained .I am writting this letter, bsecause, I want you to know . If you send him to jail, it will affect me too ! Right now I'm living with my other son , and daughter-in-law.But they both work, and I only get out of the house, when I have a doctor's appoinmets.
    So if you do send him to presion .Please don't make it to long , and please let him move to az. That is where I'm at,and the w eather has been good for my health. Also louie is worried being sent to a presion, and being raped again.
    I'm begging, and I pray to god, that you take this letter, to heart.

Thank you for at lease reading this letter.
 Mrs. Nancy Braun
17722 n 79th ave    apt.1138    623-878-6143
Glendale, az. 85308

R

E-FILED
Tuesday, 30 October, 2007 09:15:44 AM
Clerk, U.S. District Court, ILCD

Dear Judge Mihm

07-10074

FILED
OCT 30 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I am writing you on behalf of Lewis E. Braun Jr.

I have known Lewis since he was 4 yrs. old. Although all of my children are younger than him, they all grew up as best friends, and my older grandchildren know him as a friend also.

Lewis has always been a care giver, he has always wanted to fix everybody elses hurt, if you need somebody to talk to Lewis listens and really hears you, no matter who you are, stranger, friend, or foe Lewis listens and tries to fix it. He would give you the shirt off of his back to anybody who asked for it. If you needed a ride somewhere he would take you and if it was far he would find a way to get money for gas so he could take you. He never asks or expects anything in return all he wants is to be able to help in any way he can.

Lewis would never harm anybody or anything. He gets angry if he sees somebody hurting someone else, but his anger is not fighting anger, he thinks he can fix it by talking and getting to the cause.

Example: My grandson was in an auto accident in June 2006 he received severe brain trauma, Lewis came to Mo. as soon as he could and he was really upset because there was nothing he could do to help him, but he did all he could to make us all feel better, even though he was hurting he wanted to take our hurt away.

We have never found a truer friend than

Lewis and his demeanor is the true meaning of friend.

Lewis is well loved by many and none of us want to see him hurt because we all know he could never hurt anybody.

He has been a care giver since I have known him, even at age 4, and I dont see him doing anything at all to hurt others.

Sincerely,
Carolyn Treadway

10-30-07

Dear Judge Mihms,

I'm writing to ask you for compassion and leniency for Lewis E. Braun Jr. I have known him & his family since 1989.

Lewis has almost always lived with his family and in the past few years he was his mothers primary care giver.

Lewis was a frequent visitor in my home and he was well mannered and always willing to help in any way he could.

Your Honor, Lewis has always tried harder than anyone else to be a friend and to fit in, but due to prior incidents in his life his emotional + psychological behavior causes him problems.

I'm asking you to take into consideration his size, his nervous condition & his

emotional behavior into consideration also the first offense and that he is really needed at home for his mother.

Thank You
Linda Ortiz

Dear Judge Mihm

I am write-ing on behalf of Lewis F. Braun Jr. I am his aunt his mother & I are sister's He has been his mother's care giver especially since his father passed away. He took her to the Doc. took care of her meds. he seen that she had some thing to eat. Bottom line he seen to all her needs.

Louie is always willing to do a favor for any body. After my husband passed away in 03 Louie would call to see if I need to go any where, or wanted him to some where for me. Hes a very thoughtful person.

When I have family get to gether Louie is always there along with every body in our family.

yes he made some big mistakes but I realy think

he would be better off out getting help then, where his at. When I said out I mean down close to where his mother lives.

yours truly

Lillian Ringer
336 W Locust St.
Canton Il 61520

309-647-4319