FILED
MAR 20 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 20 March, 2008  10:44:13 AM
Clerk, U.S. District Court, ILCD

Dear [Judge],

This is Nancy Braun, Lewis's mother. You sentenced him, Nov. 28th of Nov. 2007.

Even though, you said, he was to be placed near the family, I felt that went in to z. So I talked to my other son, to make sure I had a ride to see Lewis. But that wasn't how it went. Lewis was transfer from Pekin, Ill. to

(2)

Feb. 25th to OK. Then on March 11th he was transferred to Lisbon, Ohio. It don't sound like he's going to be transferred to AZ. If that is the case - Lewis will not have visitors. You see, I can't ride in a car that far. I did fly back to Ill. because of my sister had cancer. She died Feb. 26th. The plane I take

is non-stop. From Phoenix, AZ to Peoria, Ill. I can't ride anymore then in a car for a hour or two. It will be very lonely for Louie. Being in Ohio, and not being able to have visitors. I don't know if you can answer this. But, I was wondering if Lewis would get credit for time served. He was in jail from Aug, on.

If you could help us, I would be very grateful.

I'm sorry about my bad writting & spelling.

Right now, I'm at my sisters in Canton, Ill. Like I said, my sister died, and I came to my other sister's. So we could go to Galesburg, for the service. My sister's address in Canton is: Lillian Ringer 336 W. Locust

inton, Ill. 61520
phone: 309-647-8319
If you can answer
this letter, + if it's
before the 24th.
Please write, or
call me with any
information you
can give me.
Please, Please,
do what you can.
With Lewis having
to serve 74 months
And I'm not able
to see him in
Ohio, I feel like
I should give
up fighting. Like

Lewis wants me to. Just in case you don't remember myself & my son. His name is Lewis Elmer Braun Jr. You sentenced him Nov. 28, 2007. If you get back to me. After March 25th I'll be back in AZ.

Thank You,
Nancy Braun

Nancy Braun
14002 N 127 Ave
El Mirage AZ 85335